1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STANLEY AND PATRICIA CANNON, individually and for all others similarly situtated | | No. C V12-01376-DMR |
|             Plaintiff(s), | | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| v. | | **AND** |
| WELLS FARGO BANK, N.A. | | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
|             Defendant(s). | | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: June 12, 2012        Signature _____

Counsel for  WELLS FARGO, N.A.
(Plaintiff, Defendant, or indicate "pro se")

*Stanley Cannon and Patricia Cannon v. Wells Fargo Bank, N.A.*
USDC, Northern District Case No. CV-12-01376 DMR

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, and San Francisco, CA 94111.

On the date below I served a copy, with all exhibits, of the following document(s):

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on all interested parties in said case addressed as follows:

Sheri L. Kelly
Law Office of Sheri L. Kelly
31 E. Julian Street
San Jose, CA 95112
Telephone: 408-287-7712
Facsimile: 408-583-4249
Email: slk@sherikellylaw.com

*Attorneys for Plaintiffs STANLEY CANNON and PATRICIA CANNON*

**BY ELECTRONIC TRANSMISSION)** By sending a file of the above document(s) via electronic transmission (e-mail) using e-mail address bab@severson.com to the e-mail address designated for each party identified above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in San Francisco, California, on June 12, 2012.

/S/ *Barbara Anne Bell*
Barbara Anne Bell

07685.1150/2241124.1      CERTIFICATE OF SERVICE VIA ELECTRONIC MAIL