1   MARK D. LONERGAN (State Bar No. 143622)
    mdl@severson.com
2   ELENA K. KOUVABINA (State Bar No. 235918)
    ekk@severson.com
3   SEVERSON & WERSON
    A Professional Corporation
4   One Embarcadero Center, Suite 2600
    San Francisco, California 94111
5   Telephone: (415) 398-3344
    Facsimile: (415) 956-0439
6
    Attorneys for Defendant
7   WELLS FARGO BANK, N.A.

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12  STANLEY D. CANNON and                     Case No.: 3:12-cv-01376-EMC
    PATRICIA R. CANNON,
13  individually and for all other persons    **WELLS FARGO BANK, N.A.'S**
    similarly situated,                       **WITHDRAWAL OF MOTION TO**
14                                            **DISMISS PLAINTIFFS' CLASS ACTION**
                    Plaintiffs,               **COMPLAINT**
15
            vs.                               Date:    August 24, 2012
16                                            Time:    1:30 P.M.
    WELLS FARGO BANK, N.A.,                   Crtrm.:  5
17                                            Judge:   The Hon. Edward M. Chen
                    Defendant.
18                                            Action Filed:    March 19, 2012
                                              Trial Date:      None Set
19

20

21

22

23

24

25

26

27

28

07685.1150/2291332.1                                      3:12-cv-01376-EMC
WITHDRAWAL OF MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT

1  Defendant Wells Fargo Bank, N.A., filed a motion to dismiss Plaintiffs' Class Action
2  Complaint on July 2, 2012, with a hearing set for August 24, 2012.  On July 23, 2012, Plaintiffs
3  filed a First Amended Complaint.  As a result, Defendant respectfully withdraws its motion to
4  dismiss the Complaint, and asks that the Court vacate the hearing.

5  DATED:  July 25, 2012                    SEVERSON & WERSON
                                             A Professional Corporation

                                             By:     */s/ Elena Kouvabina*
                                                      Elena K. Kouvabina

                                             Attorneys for Defendant
                                             WELLS FARGO BANK, N.A.