UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STANLEY D. CANNON and PATRICIA R. CANNON, individually, and for all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., FEDERAL NATIONAL MORTGAGE ASSOCIATION, and ASSURANT, INC.,<br><br>Defendants. | Case No: CV-12-01376 EMC<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT<br><br>Judge:   Hon. Edward M. Chen |

On August 20, 2012, Plaintiffs Stanley D. Cannon and Patricia R. Cannon and Defendant Federal National Mortgage Association ("Fannie Mae") filed a Stipulation requesting that Fannie Mae's deadline to answer, move, or otherwise respond to the Amended Complaint be extended to September 14, 2012.  The Court, having reviewed the Stipulation orders as follows:

/ / /

/ / /

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR FNMA TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED CROSS COMPLAINT
CASE NO. CV-12-01376 EMC

4828-7834-1392.1

**IT IS HEREBY ORDERED THAT:**

Defendant Fannie Mae's deadline to answer, move, or otherwise respond to the Amended Complaint is now September 14, 2012.

Dated: August 20, 2012



[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR FNMA TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED CROSS COMPLAINT
CASE NO. CV-12-01376 EMC

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 20, 2012 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Fed. R. Civ. P. 5(b)(3). Counsel of record listed below will be served by electronic mail, facsimile, United States mail, and/or overnight delivery.

| | |
|---|---|
| Russell D. Carter, III<br>T. Brent Walker<br>CARTER WALKER PLLC<br>2171 West Main, Suite 200<br>P.O. Box 628<br>Cabot, AR  72023<br>501-605-1346<br>501-605-1348<br>dcarter@carterwalkerlaw.com<br>bwalker@carterwalkerlaw.com | Attorneys for Plaintiffs Stanley D. Cannon and Patricia R. Cannon, et al. |
| Alexander P. Owings<br>Steven A. Owings<br>OWINGS LAW FIRM<br>1400 Brookwood Drive<br>Little Rock, AR  72202<br>501-661-9999<br>501-661-8393<br>apowings@owingslawfirm.com<br>sowings@owingslawfirm.com | Attorneys for Plaintiffs Stanley D. Cannon and Patricia R. Cannon, et al. |
| Jack Wagoner<br>WAGONER LAW FIRM, P.A.<br>1320 Brookwood Drive, Suite E<br>Little Rock, AR  72202<br>501-663-5225<br>501-660-4030<br>jack@wagonerlawfirm.com | Attorney for Plaintiffs Stanley D. Cannon and Patricia R. Cannon, et al. |

---

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR FNMA TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED CROSS COMPLAINT
CASE NO. CV-12-01376 EMC

4828-7834-1392.1

| | |
|---|---|
| Frank G. Burt | Attorneys for Defendant Assurant, Inc. |

W. Glenn Merten
Brian P. Perryman
JORDAN BURT LLP
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC  20007-0805
202-965-8100
fgb@jordenusa.com
wgm@jordenusa.com
bpp@jordenusa.com


Dated:  August 20, 2012    **FOLEY & LARDNER LLP**
NANCY L. STAGG


By:  /s/ *Nancy L. Stagg* _____
         Attorney for Defendant FANNIE MAE

---

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR FNMA TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED CROSS COMPLAINT
CASE NO. CV-12-01376 EMC

4828-7834-1392.1