1  MARK D. LONERGAN (State Bar No. 143622)
   mdl@severson.com
2  ELENA K. KOUVABINA (State Bar No. 235918)
   ekk@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendant
7  WELLS FARGO BANK, N.A.

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12 | STANLEY D. CANNON and                    | Case No.: 3:12-cv-01376-EMC
   | PATRICIA R. CANNON,
13 | individually and for all other persons   | **STIPULATION AND** [PR~~OPOS~~ED]
   | similarly situated,                      | **ORDER TO EXTEND TIME FOR**
14 |                                          | **DEFENDANT WELLS FARGO BANK,**
   |           Plaintiffs,                    | **N.A., TO RESPOND TO FIRST**
15 |                                          | **AMENDED CLASS ACTION**
   |       vs.                                | **COMPLAINT**
16 |
   | WELLS FARGO BANK, N.A., FEDERAL
17 | NATIONAL MORTGAGE ASSOCIATION,            | Judge:   The Hon. Edward M. Chen
   | and ASSURANT, INC.
18 |                                          | Action Filed:   March 19, 2012
   |           Defendant.                     | Trial Date:     None Set
19

20

21

22

23

24

25

26

27

28

07685.1150/2308739.1                                          3:12-cv-01376-EMC
WITHDRAWAL OF MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT

**STIPULATION**

Pursuant to Local Rules 6-1(b) and 6-2, Plaintiffs and Defendant Wells Fargo Bank, N.A., ("Wells Fargo") by and through their respective counsel, hereby stipulate and request the Court's Order that Wells Fargo shall have until **September 14, 2012** to file a response to Plaintiff's First Amended Complaint ("FAC").

In support of this stipulation, the parties state the following:

1. On July 23, 2012, Plaintiffs filed a FAC.

2. Wells Fargo's response to Plaintiffs' FAC is currently due on August 20, 2012, by stipulation.

3. The parties hereby stipulate and request that the Court extend the time for the filing of Wells Fargo's response to Plaintiffs' FAC until **September 14, 2012.**

4. In support of this stipulation and request, the parties state that Plaintiffs, Wells Fargo and defendant Assurant, Inc., are currently in discussions concerning a joint briefing schedule, and that September 14, 2012 will make Wells Fargo's response to the FAC due on the same day as Defendant Assurant, Inc.'s. Previous schedule modifications were made in the case extending the time for Wells Fargo to respond to Plaintiffs' initial Complaint and the FAC and for Plaintiffs to oppose Wells Fargo's motion to dismiss the Complaint. The stipulated request will result in only a minor delay to the case schedule.

**WHEREFORE,** the parties stipulate and respectfully request the Court that the time for Wells Fargo to respond to Plaintiffs' FAC be extended until **September 14, 2012.**

**IT IS SO STIPULATED.**

DATED: August 20, 2012          SEVERSON & WERSON
                                A Professional Corporation


                                By:      */s/ Elena Kouvabina*
                                            Elena K. Kouvabina

                                Attorneys for Defendant
                                WELLS FARGO BANK, N.A.


DATED: August 20, 2012          CARTER WALKER, PLLC


                                By:      */s/ T. Brent Walker*
                                            T. Brent Walker

                                Attorneys for Plaintiffs
                                STANLEY D. CANNON AND PATRICIA R. CANNON


[P~~RO~~POSED] **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  8/21/12

                                The Hon. Edward M. Chen
                                United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]

**ECF CERTIFICATION**

I, Elena Kouvabina, am the ECF User whose identification and password are being used to file this Stipulation and Proposed Order to Extend Time for Wells Fargo to Respond to Plaintiffs' FAC. I hereby attest that counsel for Plaintiffs, T. Brent Walker, concurred in this filing.

07685.1150/2308739.1                                4                              3:12-cv-01376-EMC
STIPULATION AND ORDER TO EXTEND TIME FOR WELLS FARGO TO RESPOND TO PLAINTIFFS' FAC