UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STANLEY D. CANNON and PATRICIA R. CANNON, individually, and for all other persons similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., FEDERAL NATIONAL MORTGAGE ASSOCIATION, and ASSURANT, INC.,<br><br>Defendants. | Case No. CV-12-01376 EMC<br><br>**ORDER ~~GRANTING~~ DENYING JOINT REQUEST FOR OUT OF TOWN COUNSEL TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE**<br><br>ORDER RESETTING CMC FROM 8/24/12 to 9/7/12 at 9:00 a.m. (All lead counsel must appear in person) |

ORDER GRANTING REQUEST FOR LEAVE TO APPEAR TELEPHONICALLY, CASE NO. CV-12-01376 EMC

**ORDER**

Plaintiffs Stanley and Patricia Cannon, Defendant Assurant, Inc., and Defendant Federal National Mortgage Association (collectively the "Parties") each stipulate to and jointly request leave for certain counsel to appear telephonically at the initial Case Management Conference ("CMC"), currently set for August 24, 2012 at 9:00 a.m. Specifically, each of the following counsel requests leave to appear telephonically: representing the Plaintiffs, counsel Russell D. Carter and T. Brent Walker; representing Assurant, Inc., counsel Frank G. Burt, W. Glenn Merten, and Brian P. Perryman; and representing Federal National Mortgage Association, counsel Nancy L. Stagg.

The Court, having reviewed the Parties' stipulation and for good cause shown, orders as follows:

IT IS HEREBY ORDERED THAT counsel Russell D. Carter, T. Brent Walker, Frank G. Burt, W. Glenn Merten, Brian P. Perryman, and Nancy L. Stagg may appear telephonically, via Courtcall, at the initial CMC in this matter currently scheduled for August 24, 2012, at 9:00 a.m.

The CMC is reset from 8/24/12 to 9/7/12 at 9:00 a.m. All lead counsel must appear in person.

DATED: August 22, 2012

_____
Hon. Edward M. Chen
United States Magistrate Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen