1  MARK D. LONERGAN (State Bar No. 143622)
   mdl@severson.com
2  ELENA K. KOUVABINA (State Bar No. 235918)
   ekk@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendant
7  WELLS FARGO BANK, N.A.

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12 | STANLEY D. CANNON and           | Case No.: 3:12-cv-01376-EMC
   | PATRICIA R. CANNON,             |
13 | individually and for all other persons | **STIPULATION FOR RELIEF FROM
   | similarly situated,             | LOCAL RULES 7-2(B) AND 7-3(A) AND**
14 |                                 | [PROPOSED] **ORDER**
   |         Plaintiffs,             |
15 |                                 |
   |     vs.                         | Judge:   The Hon. Edward M. Chen
16 |                                 |
   | WELLS FARGO BANK, N.A., FEDERAL | Action Filed:   March 19, 2012
17 | NATIONAL MORTGAGE ASSOCIATION,  | Trial Date:     None Set
   | and ASSURANT, INC.              |
18 |                                 |
   |         Defendant.              |
19

20

21

22

23

24

25

26

27

28

1 **STIPULATION**

2 Plaintiffs and Defendant Wells Fargo Bank, N.A., ("Wells Fargo") by and through their
3 respective counsel, hereby enter into the following stipulation:

4 **WHEREAS** pursuant to Northern District Local Rule 7-2(b), a brief in support of a motion
5 may not exceed 25 pages in length.

6 **WHEREAS** pursuant to Northern District Local Rule 7-3(a), a brief in opposition to a
7 motion may not exceed 25 pages in length.

8 **WHEREFORE**, Plaintiffs and Wells Fargo stipulate and agree that Wells Fargo should be
9 relieved of the requirement of Northern District Local Rule 7-2(b) as to the page limits.
10 Specifically, Wells Fargo may file an overlong brief in support of its motion to dismiss Plaintiffs'
11 First Amended Complaint ("FAC") of not more than **26 and 1/3 pages**.

12 Plaintiffs and Wells Fargo further stipulate and agree that Plaintiffs should be relieved of
13 the requirement of Northern District Local Rule 7-2(a) as to the page limits. Specifically,
14 Plaintiffs may file an overlong brief in opposition to Wells Fargo's motion to dismiss Plaintiffs'
15 FAC of not more than **26 and 1/3 pages**.

16 **IT IS SO STIPULATED.**

17

18 DATED: September 7, 2012         SEVERSON & WERSON
                                    A Professional Corporation
19

20

21                                  By:   */s/ Elena Kouvabina*
                                          Elena K. Kouvabina
22

23                                  Attorneys for Defendant
                                    WELLS FARGO BANK, N.A.

24

25

26

27

28 07685.1150/2362229.1                        2                          3:12-cv-01376-EMC
STIPULATION FOR RELIEF FROM LOCAL RULES 7-2(B) AND 7-3(A) AND ORDER

DATED: September 7, 2012   CARTER WALKER, PLLC

By:   */s/ T. Brent Walker*
    T. Brent Walker

Attorneys for Plaintiffs
STANLEY D. CANNON AND PATRICIA R. CANNON

[PROPOSED] **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  9/10/12

The Hon. Edward M. Chen
United States District Court Judge

IT IS SO ORDERED
Judge Edward M. Chen

07685.1150/2362229.1   3   3:12-cv-01376-EMC
STIPULATION FOR RELIEF FROM LOCAL RULES 7-2(B) AND 7-3(A) AND ORDER

## ECF CERTIFICATION

I, Elena Kouvabina, am the ECF User whose identification and password are being used to file this Stipulation For Relief From Local Rules 7-2(b) and 7-3(a) and Proposed Order. I hereby attest that counsel for Plaintiffs, T. Brent Walker, concurred in this filing.