1  MARK D. LONERGAN (State Bar No. 143622)
   mdl@severson.com
2  ELENA K. KOUVABINA (State Bar No. 235918)
   ekk@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendant
7  WELLS FARGO BANK, N.A.

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  STANLEY D. CANNON and PATRICIA R. CANNON,<br>13  individually and for all other persons similarly situated,<br>14<br>  Plaintiffs,<br>15<br>  vs.<br>16<br>WELLS FARGO BANK, N.A., FEDERAL<br>17  NATIONAL MORTGAGE ASSOCIATION, and ASSURANT, INC.<br>18<br>  Defendant. | Case No.: 3:12-cv-01376-EMC<br><br>**STIPULATION FOR RELIEF FROM LOCAL RULES 7-2(B) AND 7-3(A) AND** [PROPOSED] **ORDER**<br><br>Judge:   The Hon. Edward M. Chen<br><br>Action Filed:   March 19, 2012<br>Trial Date:      None Set |

**STIPULATION**

Plaintiffs and Defendant Wells Fargo Bank, N.A., ("Wells Fargo") by and through their respective counsel, hereby enter into the following stipulation:

**WHEREAS** pursuant to Northern District Local Rule 7-2(b), a brief in support of a motion may not exceed 25 pages in length.

**WHEREAS** pursuant to Northern District Local Rule 7-3(a), a brief in opposition to a motion may not exceed 25 pages in length.

**WHEREFORE**, Plaintiffs and Wells Fargo stipulate and agree that Wells Fargo should be relieved of the requirement of Northern District Local Rule 7-2(b) as to the page limits. Specifically, Wells Fargo may file an overlong brief in support of its motion to dismiss Plaintiffs' First Amended Complaint ("FAC") of not more than **26 and 1/3 pages**.

Plaintiffs and Wells Fargo further stipulate and agree that Plaintiffs should be relieved of the requirement of Northern District Local Rule 7-2(a) as to the page limits. Specifically, Plaintiffs may file an overlong brief in opposition to Wells Fargo's motion to dismiss Plaintiffs' FAC of not more than **26 and 1/3 pages**.

**IT IS SO STIPULATED.**

DATED: September 7, 2012         SEVERSON & WERSON
                                 A Professional Corporation


                                 By:    */s/ Elena Kouvabina*
                                        Elena K. Kouvabina

                                 Attorneys for Defendant
                                 WELLS FARGO BANK, N.A.

1  DATED: September 7, 2012              CARTER WALKER, PLLC

                                         By:  /s/ T. Brent Walker
                                              T. Brent Walker

                                         Attorneys for Plaintiffs
                                         STANLEY D. CANNON AND PATRICIA R.
                                         CANNON

[PROPOSED] **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  9/10/12

_____
The Hon. Edward M. Chen
United States District Court Judge

IT IS SO ORDERED
Judge Edward M. Chen

**ECF CERTIFICATION**

I, Elena Kouvabina, am the ECF User whose identification and password are being used to file this Stipulation For Relief From Local Rules 7-2(b) and 7-3(a) and Proposed Order. I hereby attest that counsel for Plaintiffs, T. Brent Walker, concurred in this filing.