1  MICHAEL J. STEINER (State Bar No. 112079)
   mjs@severson.com
2  MARK D. LONERGAN (State Bar No. 143622)
   mdl@severson.com
3  JONAH S. VAN ZANDT (State Bar No. 224348)
   jvz@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
6  Telephone: (415) 398-3344
   Facsimile:  (415) 956-0439
7
   Attorneys for Defendant
8  WELLS FARGO BANK, N.A.

9

10                    UNITED STATES DISTRICT COURT

11          NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

12

13  STANLEY D. CANNON and                    Case No. 3:12-cv-01376-EMC
    PATRICIA R. CANNON,
14  individually and for all other persons   **STIPULATION AND [PROPOSED]
    similarly situated,                      ORDER CONTINUING CASE
15                                           MANAGEMENT CONFERENCE**
              Plaintiffs,
16                                           Judge:   Edward M. Chen
         vs.
17
    WELLS FARGO BANK, N.A. FEDERAL
18  NATIONAL MORTGAGE ASSOCIATION,
    and ASSURANT, INC.,
19
              Defendants.                    Action Filed:   March 19, 2012
20                                           Trial Date:     None Set

21

22       WHEREAS, on September 14, 2012, Wells Fargo Bank, N.A. ("Wells Fargo"), Federal

23  National Mortgage Association ("Fannie Mae"), and Assurant Inc. ("Assurant") (collectively

24  "Defendants") each filed a motion to dismiss Plaintiffs' First Amended Complaint (see Docket

25  #57, 59, and 61.);

26       WHEREAS, on January 8, 2013, this Court issued an Order Granting in Part and Denying

27  In Part Defendants' Motions to Dismiss ("MTD Order') (See Docket #94.);

28

1       WHEREAS, the MTD Order dismissed all claims against Fannie Mae and Assurant 2 without prejudice and granted Plaintiffs 30 days' leave to amend;

3       WHEREAS, pursuant to the MTD order, Plaintiffs' amended complaint is due on February 4 7, 2013;

5       WHEREAS, a case management conference ("CMC") is presently set for 9:30 a.m. on 6 January 29, 2013;

7       WHEREAS, until plaintiffs filed their amended complaint on or before February 7, 2013, 8 it will not be clear whether Fannie Mae or Assurant remain in this suit as defendants;

9       WHEREAS, the parties believe that continuing the CMC for three weeks after the 10 amended complaint is due would serve the interests of judicial efficiency and conservation of 11 judicial and party resources because it would allow those parties that remain in this case to 12 participate in the case management process; and

13       WHEREAS, Plaintiffs and Wells Fargo have agreed that Plaintiffs may move forward with 14 discovery;

15       NOW, THEREFORE, the parties hereby STIPULATE to and respectfully request that the 16 CMC set for 10:30 a.m. on January 29, 2013 be rescheduled to 10:30 a.m. on February 28, 2013.

17       **SO STIPULATED.**

18 DATED: January 22, 2013        Respectfully submitted,

19        SEVERSON & WERSON
20        A Professional Corporation

22        By:    /s/ Jonah S. Van Zandt
                  Jonah S. Van Zandt

24        Attorneys for Defendant WELLS FARGO BANK, N.A.

07685.1150/2535206.2        2        CV12-01376
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

DATED: January 22, 2013               OWINGS LAW FIRM


                                      By:      /s/ Stevan A. Ownings
                                              Steven A. Ownings
                                              Alexander P. Owings

                                      LAW OFFICE OF SHERI L. KELLY
                                      Sheri L. Kelly

                                      CARTER WALKER PLLC
                                      Brent Walker
                                      Russell Davis Carter III

                                      WAGONER LAW FIRM P.A.
                                      Jack Wagoner

                                      Attorneys for Plaintiffs,
                                      STANLEY CANNON and PATRICIA CANNON

DATED: January 22, 2013               FOLEY & LARDNER LLP


                                      By:      /s/ Nancy L. Stagg
                                              Nancy L. Stagg

                                      Attorneys for Defendant,
                                      FEDERAL NATIONAL MORTGAGE
                                      ASSOCIATION

DATED: January 22, 2013               SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


                                      By:      /s/ Peter S. Hecker
                                              Peter S. Hecker

                                      Attorneys for Defendant,
                                      ASSURANT, INC.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

1                                  **[P~~ROPO~~SED] ORDER**

2         Pursuant to the parties' January 22, 2013 Stipulation Continuing Case Management

3 Conference,

4         **IT IS SO ORDERED**.   The Further CMC is reset from 1/29/13 to 2/28/13 at 10:30 a.m. An updated joint CMC Statement shall be filed by 2/21/13.

6 DATED: January __23__, 2013        _____

                                                                 THE HONORABLE EDWARD M. CHEN
                                                                 UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen