MICHAEL J. STEINER (State Bar No. 112079)
mjs@severson.com
MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
JONAH S. VAN ZANDT (State Bar No. 224348)
jvz@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| STANLEY D. CANNON and PATRICIA R. CANNON, individually and for all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A. FEDERAL NATIONAL MORTGAGE ASSOCIATION, and ASSURANT, INC.,<br><br>Defendants. | Case No. 3:12-cv-01376-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge:   Edward M. Chen<br><br><br><br>Action Filed:   March 19, 2012<br>Trial Date:     None Set |

WHEREAS, on September 14, 2012, Wells Fargo Bank, N.A. ("Wells Fargo"), Federal National Mortgage Association ("Fannie Mae"), and Assurant Inc. ("Assurant") (collectively "Defendants") each filed a motion to dismiss Plaintiffs' First Amended Complaint (see Docket #57, 59, and 61.);

WHEREAS, on January 8, 2013, this Court issued an Order Granting in Part and Denying In Part Defendants' Motions to Dismiss ("MTD Order') (See Docket #94.);

1 WHEREAS, the MTD Order dismissed all claims against Fannie Mae and Assurant
2 without prejudice and granted Plaintiffs 30 days' leave to amend;

3 WHEREAS, pursuant to the MTD order, Plaintiffs' amended complaint is due on February
4 7, 2013;

5 WHEREAS, a case management conference ("CMC") is presently set for 9:30 a.m. on
6 January 29, 2013;

7 WHEREAS, until plaintiffs filed their amended complaint on or before February 7, 2013,
8 it will not be clear whether Fannie Mae or Assurant remain in this suit as defendants;

9 WHEREAS, the parties believe that continuing the CMC for three weeks after the
10 amended complaint is due would serve the interests of judicial efficiency and conservation of
11 judicial and party resources because it would allow those parties that remain in this case to
12 participate in the case management process; and

13 WHEREAS, Plaintiffs and Wells Fargo have agreed that Plaintiffs may move forward with
14 discovery;

15 NOW, THEREFORE, the parties hereby STIPULATE to and respectfully request that the
16 CMC set for 10:30 a.m. on January 29, 2013 be rescheduled to 10:30 a.m. on February 28, 2013.

17 **SO STIPULATED.**

18 DATED: January 22, 2013                    Respectfully submitted,

19                                            SEVERSON & WERSON
20                                            A Professional Corporation

22                                            By:    /s/ Jonah S. Van Zandt
                                                       Jonah S. Van Zandt
23
24                                            Attorneys for Defendant  WELLS FARGO BANK,
                                              N.A.

| | | |
|---|---|---|
| 1 | DATED: January 22, 2013 | OWINGS LAW FIRM |
| 2 | | |
| 3 | | By: ___/s/ Stevan A. Ownings___ |
| 4 | | Steven A. Ownings |
| 5 | | Alexander P. Owings |
| 6 | | LAW OFFICE OF SHERI L. KELLY<br>Sheri L. Kelly |
| 7 | | CARTER WALKER PLLC<br>Brent Walker |
| 8 | | Russell Davis Carter III |
| 9 | | WAGONER LAW FIRM P.A.<br>Jack Wagoner |
| 10 | | |
| 11 | | Attorneys for Plaintiffs,<br>STANLEY CANNON and PATRICIA CANNON |
| 12 | DATED: January 22, 2013 | FOLEY & LARDNER LLP |
| 13 | | |
| 14 | | |
| 15 | | By: ___/s/ Nancy L. Stagg___<br>Nancy L. Stagg |
| 16 | | |
| 17 | | Attorneys for Defendant,<br>FEDERAL NATIONAL MORTGAGE |
| 18 | | ASSOCIATION |
| 19 | DATED: January 22, 2013 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 20 | | |
| 21 | | By: ___/s/ Peter S. Hecker___ |
| 22 | | Peter S. Hecker |
| 23 | | Attorneys for Defendant, |
| 24 | | ASSURANT, INC. |

25  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

26

27

28

07685.1150/2535206.2    3    CV12-01376
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1 **[PROPOSED] ORDER**

2 Pursuant to the parties' January 22, 2013 Stipulation Continuing Case Management
3 Conference,

4 **IT IS SO ORDERED**. The Further CMC is reset from 1/29/13 to 2/28/13 at 10:30 a.m. An updated joint CMC Statement shall be filed by 2/21/13.

6 DATED: January __23__, 2013  _____
7 THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen