MICHAEL J. STEINER (State Bar No. 112079)
mjs@severson.com
MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
JONAH S. VAN ZANDT (State Bar No. 224348)
jvz@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| STANLEY D. CANNON, PATRICIA R. CANNON, and CHERYL BULLOCK individually and for all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. CV12-01376<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR WELLS FARGO BANK, N.A. TO FILED A REPLY BRIEF IN RESPONSE TO PLAINTIFFS' OPPOSITION TO THE MOTION TO DISMISS**<br><br>**Opposition Filed: May 13, 2013**<br>**Current Reply Deadline: May 20, 2013**<br>**New Reply Brief Deadline: May 27, 2013**<br><br>Action Filed:   March 19, 2012<br>Trial Date:      None Set |

Pursuant to Local Rules 6-1(b) and 6-2, Stanley D. Cannon, Patricia R. Cannon, and Cheryl Bullock ("Plaintiffs") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), stipulate as follows:

WHEREAS, on March 28, 2013, Plaintiffs filed a Second Amended Complaint against Wells Fargo (*see* Docket #105);

1  WHEREAS, on April 29, 2013, Wells Fargo filed a Motion to Dismiss the Second
2 Amended Complaint ("Motion to Dismiss") (*see* Docket #106) and a Request for Judicial Notice
3 in support of the Motion to Dismiss ("Request for Judicial Notice") (*see* Docket #107);

4  WHEREAS, on May 13, 2013, Plaintiffs filed an Opposition to Wells Fargo's Motion to
5 Dismiss ("Opposition") (*see* Docket #108) and an Opposition to Wells Fargo's Request for
6 Judicial Notice ("Opposition to RJN") (*see* Docket #109);

7  WHEREAS, Wells Fargo's reply brief to Plaintiffs' Opposition and Opposition to RJN is
8 currently due on May 20, 2013;

9  WHEREAS, Plaintiffs have agreed as a courtesy to Wells Fargo to stipulate to an eight-day
10 extension for Wells Fargo to file its reply brief in support of its motion to dismiss;

11  WHEREAS, Wells Fargo received one prior extension in this matter, on August 20, 2012,
12 of the deadline to respond to Plaintiffs' First Amended Complaint;

13  NOW, THEREFORE, the parties hereby STIPULATE to and respectfully request that the
14 Court extend the deadline for Wells Fargo to file a reply brief to Plaintiffs' Opposition and
15 Opposition to the RJN to May 28, 2013.

16  **IT IS SO STIPULATED.**

18 DATED: May 16, 2013         SEVERSON & WERSON
                              A Professional Corporation

                              By:  */s/ Jonah S. Van Zandt*
                                   Jonah Van Zandt

                              Attorneys for Defendant WELLS FARGO BANK, N.A.

| | | |
|---|---|---|
| 1 | DATED:  May 16, 2013 | WAGONER LAW FIRM, P.A. |

By: _____*/s/ Jack Wagoner*_____
          Jack Wagoner

LAW OFFICE OF SHERI L. KELLY
Sheri L. Kelly

CARTER WALKER PLLC
Brent Walker
Russell Davis Carter III

OWINGS LAW FIRM
Steven A. Ownings
Alexander P. Owings

Attorneys for Plaintiffs STANLEY CANNON, PATRICIA CANNON and CHERYL BULLOCK

I, Jonah S. Van Zandt, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that all counsel has concurred to this filing for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

/s/ *Jonah S. Van Zandt*

### [PROPOSED] ORDER

Pursuant to the parties' May 14, 2013 Stipulation to Extend Time for Wells Fargo Bank, N.A. ("Wells Fargo"), to Reply to Plaintiffs' Opposition to the Motion to Dismiss, Wells Fargo's deadline to file a reply brief is May 28, 2013.

**IT IS SO ORDERED.**

Dated: May ___, 2013

_____
THE HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*[Stamp: IT IS SO ORDERED. Judge Edward M. Chen. United States District Court, Northern District of California.]*