1  MICHAEL J. STEINER (State Bar No. 112079)
   mjs@severson.com
2  MARK D. LONERGAN (State Bar No. 143622)
   mdl@severson.com
3  JONAH S. VAN ZANDT (State Bar No. 224348)
   jvz@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
6  Telephone: (415) 398-3344
   Facsimile:  (415) 956-0439
7
   Attorneys for Defendant
8  WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| STANLEY D. CANNON, PATRICIA R. CANNON, and CHERYL BULLOCK individually and for all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. CV12-01376<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR WELLS FARGO BANK, N.A. TO FILED A REPLY BRIEF IN RESPONSE TO PLAINTIFFS' OPPOSITION TO THE MOTION TO DISMISS**<br><br>**Opposition Filed: May 13, 2013**<br>**Current Reply Deadline: May 20, 2013**<br>**New Reply Brief Deadline: May 27, 2013**<br><br>Action Filed:  March 19, 2012<br>Trial Date:  None Set |

Pursuant to Local Rules 6-1(b) and 6-2, Stanley D. Cannon, Patricia R. Cannon, and Cheryl Bullock ("Plaintiffs") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), stipulate as follows:

WHEREAS, on March 28, 2013, Plaintiffs filed a Second Amended Complaint against Wells Fargo (*see* Docket #105);

1    WHEREAS, on April 29, 2013, Wells Fargo filed a Motion to Dismiss the Second
2 Amended Complaint ("Motion to Dismiss") (*see* Docket #106) and a Request for Judicial Notice
3 in support of the Motion to Dismiss ("Request for Judicial Notice") (*see* Docket #107);

4    WHEREAS, on May 13, 2013, Plaintiffs filed an Opposition to Wells Fargo's Motion to
5 Dismiss ("Opposition") (*see* Docket #108) and an Opposition to Wells Fargo's Request for
6 Judicial Notice ("Opposition to RJN") (*see* Docket #109);

7    WHEREAS, Wells Fargo's reply brief to Plaintiffs' Opposition and Opposition to RJN is
8 currently due on May 20, 2013;

9    WHEREAS, Plaintiffs have agreed as a courtesy to Wells Fargo to stipulate to an eight-day
10 extension for Wells Fargo to file its reply brief in support of its motion to dismiss;

11   WHEREAS, Wells Fargo received one prior extension in this matter, on August 20, 2012,
12 of the deadline to respond to Plaintiffs' First Amended Complaint;

13   NOW, THEREFORE, the parties hereby STIPULATE to and respectfully request that the
14 Court extend the deadline for Wells Fargo to file a reply brief to Plaintiffs' Opposition and
15 Opposition to the RJN to May 28, 2013.

16   **IT IS SO STIPULATED.**

18 DATED: May 16, 2013         SEVERSON & WERSON
                               A Professional Corporation

21                             By:  */s/ Jonah S. Van Zandt*
                                       Jonah Van Zandt

                               Attorneys for Defendant WELLS FARGO BANK, N.A.

1  DATED: May 16, 2013                    WAGONER LAW FIRM, P.A.

2

3
                                          By:  _____/s/ Jack Wagoner_____
4                                                   Jack Wagoner

5

6                                         LAW OFFICE OF SHERI L. KELLY
                                          Sheri L. Kelly
7
                                          CARTER WALKER PLLC
8                                         Brent Walker
                                          Russell Davis Carter III
9
                                          OWINGS LAW FIRM
10                                        Steven A. Ownings
                                          Alexander P. Owings
11
                                          Attorneys for Plaintiffs STANLEY CANNON,
12                                        PATRICIA CANNON and CHERYL BULLOCK

13

14 I, Jonah S. Van Zandt, am the ECF user whose identification and password are being used to file this Stipulation.  I hereby attest that all counsel has concurred to this filing for any signatures
15 indicated by a "conformed" signature (/s/) within this e-filed document.

16 /s/ *Jonah S. Van Zandt*

17

18                              **[PROP**O**SED] ORDER**

19       Pursuant to the parties' May 14, 2013 Stipulation to Extend Time for Wells Fargo Bank,

20 N.A. ("Wells Fargo"), to Reply to Plaintiffs' Opposition to the Motion to Dismiss, Wells Fargo's

21 deadline to file a reply brief is May 28, 2013.

22       **IT IS SO ORDERED.**

23

24          20
   Dated: May ___, 2013
25                                        _____
                                          THE HON. EDWARD M. CHEN
26                                        UNITED STATES DISTRICT JUDGE

27

28

   07685.1150/2695288.1                        3                                    CV12-01376
   STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO FILE REPLY BRIEF