Sheri L. Kelly, SBN 226993
E-mail: slk@sherikellylaw.com
LAW OFFICE OF SHERI L. KELLY
31 E. Julian St.
San Jose, CA 95112
Telephone: 408/287-7712
Facsimile: 408/583-4249

Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STANLEY D. CANNON, PATRICIA R. CANNON, and CHERYL BULLOCK individually and for all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. CV12-01376<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br><br><br>Action Filed:  March 19, 2012<br>Trial Date:  None Set |

Plaintiffs Stanley D. Cannon, Patricia R. Cannon and Cheryl Bullock and defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by and through their respective counsel, stipulate and agree as follows:

1. The Court entered an order on July 2, 2013, and an amended order on July 5, 2013, granting Wells Fargo's motion to dismiss certain claims asserted by plaintiffs in their second amended complaint and scheduling a Case Management Conference for July 18, 2013 at 9:00 a.m.;

2. On July 15, the Court denied Plaintiffs' out-of-town counsel's request to appear telephonically at the Case Management Conference, but stated in its order that it is amenable to reschedule the Case Management Conference by stipulation;

1       3.      Plaintiffs' lead counsel is unable to attend the Case Management Conference in person on July 18, 2013 at 9:00 a.m.;

        4.      Plaintiffs request, and Wells Fargo does not oppose, a continuance of the July 18, 2013 Case Management Conference to August 1; and,

        5.      The requested continuance will not alter the date of any other event or any other deadline already fixed by Court order;

        IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Defendant Wells Fargo Bank, N.A., that the Case Management Conference scheduled for July 18, 2013 at 9:00 a.m. be continued to August 1, 2013 at 9:00 a.m.

**IT IS SO STIPULATED:**

DATED: July 16, 2013

LAW OFFICE OF SHERI L. KELLY

By:     /s/ *Sheri L. Kelly*
              Sheri L. Kelly

Attorneys for Plaintiffs Stanley D. Cannon, Patricia R. Cannon and Cheryl Bullock

DATED: July 16, 2013

SEVERSON & WERSON
A Professional Corporation

By:     /s/ *Jonah S. Van Zandt*
              Jonah S. Van Zandt

Attorneys for Defendant Wells Fargo Bank, N.A.

[P~~ROPO~~SED] ORDER

Pursuant to the parties' July 16, 2013 Stipulation to continue the July 18, 2013 Case Management Conference to August 1, 2013, the Case Management Conference is hereby continued to August 1, 2013 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: 7/17/13



_____
J.                         ARD CHEN