MICHAEL J. STEINER (State Bar No. 112079)
mjs@severson.com
MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
JONAH S. VAN ZANDT (State Bar No. 224348)
jvz@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A., and
WELLS FARGO INSURANCE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| STANLEY D. CANNON, PATRICIA R. CANNON, and CHERYL BULLOCK, individually and for all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; WELLS FARGO INSURANCE, INC.; and AMERICAN SECURITY INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:12-cv-01376-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' THIRD AMENDED CLASS ACTION COMPLAINT AND SETTING BRIEFING SCHEDULE ON MOTIONS TO DISMISS (L.R. 6-1(a), 6-1(b), 6-2)**<br><br>Action Filed:   March 19, 2012<br>Trial Date:       None Set<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION**

Pursuant to Local Rule 6-1(a) and 6-1(b), plaintiffs and defendants Wells Fargo Bank, N.A. ("Wells Fargo"), Wells Fargo Insurance, Inc. ("WFI"), and American Security Insurance Company ("ASIC"), by and through their respective counsel, hereby stipulate as follows:

1. On October 8, 2013, plaintiffs filed their third amended complaint (the "TAC").

2. Absent an extension of time, Wells Fargo's response to the TAC was due October 25, 2013.

3. WFI and ASIC were served with the TAC on October 11, 2013. Their response to the TAC is due November 1, 2013.

4. Wells Fargo, WFI and ASIC intend to file motions to dismiss.

5. The parties hereby stipulate that the deadline for Wells Fargo to respond to the TAC is extended to **November 1, 2013**.

6. The parties further stipulate that the deadline for ASIC to respond to the TAC shall be **November 4, 2013**.

7. The parties further stipulate that the deadline for plaintiffs to file oppositions to defendants' motions to dismiss shall be **November 20, 2013,** and that the deadline for Wells Fargo, WFI and ASIC to file reply briefs in support of their motions to dismiss shall be **November 27, 2013**.

8. The parties further stipulate that defendants will notice their motions to dismiss to be heard on **December 12, 2013,** at 1:30 p.m.

9. This stipulation will not alter the date of any event or any deadline already fixed by court order.

**IT IS SO STIPULATED.**

DATED: October 28, 2013          SEVERSON & WERSON
                                 A Professional Corporation


                                 By:  */s/ Jonah S. Van Zandt*
                                         Jonah S. Van Zandt

                                 Attorneys for Defendants WELLS FARGO BANK,
                                 N.A., and WELLS FARGO INSURANCE, INC.

| | | |
|---|---|---|
| DATED: October 28, 2013 | | SHEPPARD MULLIN RICHTER & HAMPTON, LLP |
| | | JORDEN BURT |
| | | A Limited Liability Partnership |
| | By: | _/s/ Denise Fee_ |
| | | Denise Fee |
| | | Attorneys for Defendant |
| | | AMERICAN SECURITY INSURANCE COMPANY |
| DATED: October 28, 2013 | | HIMMELSTEIN LAW NETWORK |
| | | LAW OFFICE OF SHERI L. KELLY |
| | By: | _/s/ Sheri L. Kelly_ |
| | | Sheri L. Kelly |
| | | Attorneys for Plaintiffs |
| | | STANLEY D. CANNON, PATRICIA R. CANNON, and CHERYL BULLOCK |

**ECF CERTIFICATION**

I, Jonah S. Van Zandt, am the ECF user whose identification and password are being used to file this stipulation. I hereby attest that counsel for defendant American Security Insurance Company, Denise Fee, and counsel for plaintiffs, Sheri L. Kelly, concurred in this filing.

_/s/ Jonah S. Van Zandt_
Jonah S. Van Zandt

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 30, 2013

Hon. Edward M. Chen
United States District Judge

07685.1150/2921517.1     3     3:12-cv-01376-EMC
STIPULATION RE TIME TO RESPOND TO TAC AND BRIEFING SCHEDULE (L.R. 6-1(a), 6-1(b), 6-2)