Barry Himmelstein, SBN 157736
HIMMELSTEIN LAW NETWORK
2000 Powell St., Ste. 1605
Emeryville, CA 94608
Telephone: (510) 450-0782
Facsimile: (510) 380-6147

Sheri L. Kelly, SBN 226993
LAW OFFICE OF SHERI L. KELLY
31 E. Julian St.
San Jose, CA 95112
Telephone: (408) 287-7712
Facsimile: (408) 583-4249

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

STANLEY D. CANNON, PATRICIA R. CANNON, and CHERYL BULLOCK, individually and for all other persons similarly situated,

Plaintiffs,

vs.

WELLS FARGO BANK, N.A.; WELLS FARGO INSURANCE, INC.; and AMERICAN SECURITY INSURANCE COMPANY,

Defendant.

Case No. 3:12-cv-01376-EMC

**STIPULATION AND [PROPOSED] ORDER ALTERING BRIEFING SCHEDULE AND HEARING ON MOTIONS TO DISMISS THIRD AMENDED CLASS ACTION COMPLAINT**
**[L.R. 6-1(b), 6-2]**

Action Filed: March 19, 2012
Trial Date: None Set

**JURY TRIAL DEMANDED**

**STIPULATION**

WHEREAS, on October 30, 2013, the Court entered its order (Dkt. No. 145) granting the parties' stipulated request to extend the time for defendants to respond to the Third Amended Complaint, setting a deadline of November 20, 2013 for plaintiffs to file their oppositions to defendants' motions to dismiss, a deadline of November 27, 2013 for defendants to file reply briefs in support of their motions to dismiss, and a December 12, 2013 hearing on the motions;

WHEREAS, subsequent to the filing of defendants' motions to dismiss, an unanticipated medical issue arose rendering one of plaintiffs' counsel responsible for preparing plaintiffs' oppositions temporarily unavailable;

WHEREAS, defendants are amenable to granting plaintiffs an extension of time to file their oppositions, and to reschedule the hearing on the motions to dismiss to accommodate the extension;

WHEREAS, defendants are unavailable at the Court's next regular hearing date, December 19, 2013;

WHEREAS, the Court has posted a Notice of Unavailability for the December 26, 2013, January 9, 2014, and January 16, 2014 hearing dates; and

WHEREAS, on November 12, 2013, the Clerk issued a notice (Dkt. No. 152) continuing the case management conference to December 12, 2013 at 1:30 p.m., to coincide with the hearing on the motions to dismiss, and requiring the filing of a Joint Case Management Statement by December 5, 2013;

THEREFORE, pursuant to Local Rules 6-1(b) and 6-2, plaintiffs and defendants, by and through their respective counsel, hereby stipulate as follows:

1. The deadline for plaintiffs to file their oppositions to defendants' motions to dismiss the Third Amended Complaint shall be extended to December 2, 2013.

2. The deadline for defendants to file reply briefs in support of their motions to dismiss shall be extended to December 20, 2013.

3. The motions to dismiss will be heard on January 23, 2014 at 1:30 p.m.

4. The Case Management Conference previously set for December 12, 2013 at 1:30 p.m. is continued to January 23, 2014 at 1:30 p.m. The Joint Case Management Statement is due by January 16, 2014.

**IT IS SO STIPULATED.**

DATED: November 19, 2013

HIMMELSTEIN LAW NETWORK

By: */s/ Barry Himmelstein*
Barry Himmelstein

Attorneys for Plaintiffs
STANLEY D. CANNON, PATRICIA R. CANNON, and CHERYL BULLOCK

DATED: November 19, 2013

SHEPPARD MULLIN RICHTER & HAMPTON, LLP

JORDEN BURT
A Limited Liability Partnership

By: /s/ *Denise Fee*
Denise Fee

Attorneys for Defendant
AMERICAN SECURITY INSURANCE COMPANY

DATED: November 19, 2013

SEVERSON & WERSON
A Professional Corporation

By: /s/ *Jonah S. Van Zandt*

Attorneys for Defendants WELLS FARGO BANK, N.A., and WELLS FARGO INSURANCE, INC.

**ECF CERTIFICATION**

I, Barry Himmelstein, am the ECF user whose identification and password are being used to file this stipulation and proposed order. I hereby attest that counsel for defendants American Security Insurance Company, Wells Fargo Bank, N.A., and Wells Fargo Insurance, Inc. concurred in this filing.

*/s/ Barry Himmelstein*
Barry Himmelstein

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 22, 2013

UNITED STATES DISTRICT COURT
GRANTED
Judge Edward M. Chen
NORTHERN DISTRICT OF CALIFORNIA

Hon.
United