**United States District Court**
For the Northern District of California

1

2

3

4

5                     UNITED STATES DISTRICT COURT

6                   NORTHERN DISTRICT OF CALIFORNIA

7

8    STANLEY D. CANNON, *et al.*,                    No. C-12-1376 EMC

9           Plaintiffs,

10         v.                                        **ORDER GRANTING PLAINTIFFS'
                                                     ADMINISTRATIVE MOTION TO FILE**
11   WELLS FARGO BANK. N.A., *et al.*,               **UNDER SEAL**

12         Defendants.                               **(Docket No. 159)**
     _____/

13

14         Currently pending before the Court is Plaintiffs' Administrative Motion to File Under Seal

15   unredacted versions of the following documents, pursuant to Civil L.R. 7-11 and 79-5(d): Exhibits 1

16   - 4 to the Declaration of Alexander P. Owings in Support of Plaintiffs' Responses in Opposition to

17   Wells Fargo Bank, N.A. ("Wells Fargo"), Wells Fargo Insurance, Inc. (Wells Fargo Insurance"), and

18   American Security Insurance Company's Motions to Dismiss ("Exhibits"), and Plaintiffs'

19   Memorandum of Points and Authorities in Opposition to American Security Insurance Company's

20   Motion to Dismiss Third Amended Class Action Complaint ("Opposition").  Docket Nos. 158 and

21   159.  Exhibits 1 - 3 contain agreements between Wells Fargo and American Security Insurance

22   Company relating to "lender-placed insurance."  Exhibit 4 contains agreements between Wells

23   Fargo and Wells Fargo Insurance, Inc., also relating to lender-placed insurance.  Wells Fargo

24   designated these documents as "Confidential," pursuant to the Stipulated Protective Order (Docket

25   No. 126).  Docket No. 158.  The redacted portions of the Opposition describe the content of these

26   documents.

27         Pursuant to Civil L.R. 79-5(d) and (e), Wells Fargo and Wells Fargo Insurance have

28   submitted a declaration establishing that the designated material is sealable.  Docket No. 161.

**United States District Court**
For the Northern District of California

1   Good cause appearing, the Court **GRANTS** Plaintiffs' Administrative Motion to File Under

2   Seal.  The Court **ORDERS** that the following be filed under seal:

| DOCUMENT | PORTIONS ACCEPTED UNDER SEAL |
|---|---|
| Exhibit 1 to the Declaration of Alexander P. Owings in Support of Plaintiffs' Opposition to Wells Fargo Bank, N.A.'s, Wells Fargo Insurance, Inc.'s, and American Security Insurance Company's Motions to Dismiss | Exhibit 1 in its entirety |
| Exhibit 2 to the Declaration of Alexander P. Owings in Support of Plaintiffs' Opposition to Wells Fargo Bank, N.A.'s, Wells Fargo Insurance, Inc.'s, and American Security Insurance Company's Motions to Dismiss | Exhibit 2 in its entirety |
| Exhibit 3 to the Declaration of Alexander P. Owings in Support of Plaintiffs' Opposition to Wells Fargo Bank, N.A.'s, Wells Fargo Insurance, Inc.'s, and American Security Insurance Company's Motions to Dismiss | Exhibit 3 in its entirety |
| Exhibit 4 to the Declaration of Alexander P. Owings in Support of Plaintiffs' Opposition to Wells Fargo Bank, N.A.'s, Wells Fargo Insurance, Inc.'s, and American Security Insurance Company's Motions to Dismiss | Exhibit 4 in its entirety |
| Plaintiffs' Memorandum of Points and Authorities in Opposition to American Security Insurance Company's Motion to Dismiss Third Amended Class Action Complaint | Page 15: Lines 2-4, 6-9 Page 16: Lines 5-16 Page 17: Lines 2-6 (as indicated in the redacted version, Docket No. 156) |

21   Counsel may obtain more information about electronically filing documents under seal via

22   the Court website (www.cand.uscourts.gov) and also the Court's ECF website

23   (https://ecf.cand.uscourts.gov/cand/index.html).  This order disposes of Docket No. 159.

24   IT IS SO ORDERED.

26   Dated:  December 12, 2013

_____
EDWARD M. CHEN
United States District Judge

2