1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   PETER S. HECKER (Bar No. 66159)
3  phecker@sheppardmullin.com
   DAVID E. SNYDER (Bar No. 262001)
4  dsnyder@sheppardmullin.com
   Four Embarcadero Center
5  Seventeenth Floor
   San Francisco, CA  94111-4109
6  Telephone:  (415) 774-3155
   Facsimile:  (415) 403-6224
7
8
   CARLTON FIELDS JORDEN BURT, P.A.
9  FRANK G. BURT (*pro hac vice*)
   fburt@cfjblaw.com
10 W. GLENN MERTEN (*pro hac vice*)
   gmerten@cfjblaw.com
11 DENISE A. FEE (*pro hac vice*)
   dfee@cfjblaw.com
12 1025 Thomas Jefferson Street, NW
   Suite 400 East
13 Washington, DC  20007-0805
   Telephone:  (202) 965-8100
14 Facsimile:  (202) 965-8104
15
   Attorneys for Defendant
16 AMERICAN SECURITY INSURANCE COMPANY

17                 UNITED STATES DISTRICT COURT
18                 NORTHERN DISTRICT OF CALIFORNIA
19                     SAN FRANCISCO DIVISION

20 | | |
   |---|---|
21 | STANLEY D. CANNON, PATRICIA R. CANNON, and CHERYL BULLOCK individually, and for all other persons similarly situated, | Case No. C12-1376-EMC |
22 | | **[PR~~OPO~~SED] ORDER GRANTING MOTION TO SHORTEN TIME** |
23 | Plaintiffs, | |
24 | v. | |
25 | WELLS FARGO BANK, N.A., WELLS FARGO INSURANCE, INC., and AMERICAN SECURITY INSURANCE COMPANY, | |
26 | | |
27 | Defendants. | |
28 | | |

Having considered the motion of defendants American Security Insurance Company, Wells Fargo Bank, N.A., and Wells Fargo Insurance, Inc. (collectively, "Defendants") to shorten time for a hearing on Defendants' Motion to Stay Pending Settlement Proceedings in Related Action ("Motion to Stay"), and the Declarations of W. Glenn Merten and Jonah Van Zandt in support thereof, and good cause appearing, the Court hereby GRANTS Defendants' motion to shorten time and finds that expedited consideration of Defendants' Motion to Stay is warranted due to the impending discovery response and class certification briefing deadlines. Plaintiffs' oppositions to the motion to shorten time and the Motion to Stay are due by February 11, 2014 and Defendants' reply in support of the Motion to Stay is due by February 14, 2014. The deadline for Defendants to respond to plaintiffs' requests for production of documents is extended until this Court rules on the Motion to Stay.

DATED: 2/12/14 _____



APPROVED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA