PETER S. HECKER (Bar No. 66159)
phecker@sheppardmullin.com
DAVID E. SNYDER (Bar No. 262001)
dsnyder@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
Four Embarcadero Center
Seventeenth Floor
San Francisco, CA  94111-4109
Telephone:  (415) 774-3155
Facsimile:  (415) 403-6224

FRANK G. BURT (*pro hac vice*)
fburt@cfjblaw.com
W. GLENN MERTEN (*pro hac vice*)
gmerten@cfjblaw.com
BRIAN P. PERRYMAN (*pro hac vice*)
bperryman@cfjblaw.com
CARLTON FIELDS JORDEN BURT
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC  20007-0805
Telephone:  (202) 965-8100
Facsimile:  (202) 965-8104

Attorneys for Defendant
AMERICAN SECURITY INSURANCE COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STANLEY D. CANNON, PATRICIA R. CANNON, and CHERYL BULLOCK, individually and for other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; WELLS FARGO INSURANCE, INC.; and AMERICAN SECURITY INSURANCE COMPANY,<br><br>Defendants. | Case No. 3:12-cv-01376-EMC<br><br>**STIPULATION AND PROPOSED ORDER CONTINUING DECEMBER 11, 2014 CASE MANAGEMENT CONFERENCE AND STAYING CASE PENDING RESOLUTION OF *FLADELL* APPEALS; DECLARATION OF PETER S. HECKER IN SUPPORT OF SAME** |

SMRH:433258359.1

-1-

Case No. 3:12-cv-01376-EMC

## STIPULATION TO CONTINUE DECEMBER 11, 2014 CASE MANAGEMENT CONFERENCE AND TO STAY CASE PENDING RESOLUTON OF *FLADELL* APPEALS

Pursuant to Civil L.R. 7-12, 6-1(b) and 6-2, it is hereby stipulated by and between the parties, through their respective attorneys, that:

WHEREAS, on February 12, 2014, the Court ordered the above-captioned case stayed until final approval of the settlement in *Fladell v. Wells Fargo Bank, N.A.*, 13-cv-60721 (S.D. Fla.) ("*Fladell*") (ECF No. 181);

WHEREAS, the court in *Fladell* entered an Order Granting Final Approval of the settlement on October 29, 2014 (*Fladell* ECF No. 259), and entered Final Judgment on the same day (*Fladell* ECF No. 260);

WHEREAS, multiple notices of appeal have been filed regarding the Final Judgment and/or Order Granting Final Approval (*Fladell* ECF Nos. 262, 263, 265, 267, 272, 277);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT, subject to the Court's approval, the December 11, 2014 case management conference shall be continued, and this case stayed, until all appeals from the judgment approving the *Fladell* settlement have resolved.

IT IS FURTHER STIPULATED AND AGREED THAT:

• The parties shall jointly notify the Court: (1) when all appeals have been resolved, and shall at that time provide the Court with a joint request for dismissal with prejudice; or (2) if the judgment is reversed or otherwise invalidated.

• If by December 3, 2015 the appeals have not been resolved or if the judgment is not reversed or otherwise invalidated, the parties shall file a written status report with the Court on or before December 10, 2015;

• There shall be no further CMCs in this action unless ordered by the Court.

**Filer's Attestation**: Pursuant to L.R. 5-1(i)(3), Peter S. Hecker hereby attests that

concurrence by all signatories in the filing of this document has been obtained.

Dated:  December 3, 2014

**/s/ Peter S. Hecker**
Peter S. Hecker
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Attorneys for Assurant Inc. and American Security
Insurance Co.

Dated: December 3, 2014

**/s/ Barry Himmelstein**
Barry Himmelstein
HIMMELSTEIN LAW NETWORK
Attorneys for Plaintiffs Stanley D. Cannon, Patricia R.
Cannon and Cheryl Bullock

Dated: December 3, 2014

**/s/ Jonah Van Zandt**
Jonah Van Zandt
SEVERSON & WERSON
Attorneys for Wells Fargo Bank, N.A. and Wells
Fargo Insurance, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**   The further CMC is

reset for 6/25/15 at 10:30 a.m.   An updated joint CMC statement

shall be filed by 6/18/15.

Dated: _____, 2014
         12/4

_____
The Honorable Edward M. Chen
United States Di...

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## DECLARATION OF PETER S. HECKER

I, Peter S. Hecker, declare:

1.        I am an attorney duly admitted to practice before this Court.  I am a partner with the law firm of Sheppard Mullin Richter & Hampton, LLP, co-counsel for defendant American Security Insurance Co. in this case.  I have personal knowledge of the facts set forth below.

2.        As set forth in the above stipulation, the parties have stipulated that, subject to the Court's approval, the December 4, 2014 case management conference shall be continued, and the case shall be stayed, until resolution of appeals in the *Fladell* matter.

3.        Previous time modifications in this case include:

- On July 13, 2012, the Court granted Plaintiffs' motion to extend time to respond to Wells Fargo motion to dismiss.
- On July 18, 2012, the Court continued a Case Management Conference.
- On August 9, 2012, the parties stipulated to extend former defendant Assurant, Inc.'s time to respond to the Complaint.
- On August 20, 2012, the Court continued a Case Management Conference.
- On August 20, 2012, the parties stipulated to extend former defendant Federal National Mortgage Association's time to respond to the Amended Complaint.
- On August 21, 2012, the parties stipulated to extend Wells Fargo Bank, N.A.'s time to respond to the First Amended Complaint.
- On August 22, 2012, the Court continued a Case Management Conference.
- On September 10, 2012, the Court continued a Case Management Conference.
- On October 30, 2012, the Court continued deadlines for motions to dismiss and continued a Case Management Conference.
- On December 3, 2012, the Court continued a Case Management Conference.
- On January 10, 2013, the Court continued a Case Management Conference.
- On January 23, 2013, the Court continued a Case Management Conference, pursuant to stipulation.
- On July 2, 2013, the Court continued a Case Management Conference.

- On July 17, 2013, the Court continued a Case Management Conference, pursuant to stipulation.
- On September 9, 2013, the Court continued a Case Management Conference.
- On September 27, 2013, the Court continued a Case Management Conference.
- On October 30, 2013, the Court continued the deadlines for Wells Fargo and ASIC to respond to the Third Amended Complaint, pursuant to stipulation.
- On November 12, 2013, the Court continued a Case Management Conference.
- On November 22, 2013, the Court continued motion hearings and a Case Management Conference, pursuant to stipulation.
- On April 9, 2014, the Court continued the settlement conference.
- On May 6, 2014, the Court continued the Case Management Conference.
- On June 18, 2014, the Court continued the Case Management Conference.
- On September 10, 2014, the Court reset the Case Management Conference from October 16, 2014 to October 7, 2014.
- On September 30, 2014 the Court continued the Case Management Conference to December 4, 2014.
- On November 12, 2014, the Court reset the Case Management Conference to December 11, 2014.

4.      Due to the entry of Final Judgment in the *Fladell* matter, as well as the notices of appeal filed in that case, I believe that the requested continuance and stay will not have any significant impact on the schedule for the case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 3rd day of December, 2014 at San Francisco, California.


        */s/  Peter S. Hecker*
        PETER S. HECKER