1  PETER S. HECKER (Bar No. 66159)
   phecker@sheppardmullin.com
2  DAVID E. SNYDER (Bar No. 262001)
   dsnyder@sheppardmullin.com
3  SHEPPARD MULLIN RICHTER & HAMPTON, LLP
4  Four Embarcadero Center
   Seventeenth Floor
5  San Francisco, CA  94111-4109
   Telephone:  (415) 774-3155
6  Facsimile:  (415) 403-6224
7
   FRANK G. BURT (*pro hac vice*)
8  fburt@cfjblaw.com
   W. GLENN MERTEN (*pro hac vice*)
9  gmerten@cfjblaw.com
   BRIAN P. PERRYMAN (*pro hac vice*)
10 bperryman@cfjblaw.com
11 CARLTON FIELDS JORDEN BURT
   1025 Thomas Jefferson Street, NW
12 Suite 400 East
   Washington, DC  20007-0805
13 Telephone:  (202) 965-8100
14 Facsimile:  (202) 965-8104

15 Attorneys for Defendant
   AMERICAN SECURITY INSURANCE COMPANY
16

17                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
18                         SAN FRANCISCO DIVISION

19

| | |
|---|---|
| STANLEY D. CANNON, PATRICIA R. CANNON, and CHERYL BULLOCK, individually and for other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; WELLS FARGO INSURANCE, INC.; and AMERICAN SECURITY INSURANCE COMPANY,<br><br>Defendants. | Case No. 3:12-cv-01376-EMC<br><br>**JOINT CASE MANAGEMENT STATEMENT AND ~~PROPOSED~~ ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Hearing Date:  October 1, 2015<br>Time:  10:30 a.m.<br>Courtroom: 5 |

## JOINT CASE MANAGEMENT STATEMENT

Pursuant to the Court's June 25, 2015 and July 9, 2015 Orders, ECF Nos. 210 and 212, the parties in the above captioned action hereby submit this Joint Case Management Statement and request for dismissal, with prejudice:

On February 12, 2014, the Court ordered the above-captioned case stayed until final approval of the settlement in *Fladell v. Wells Fargo Bank, N.A.*, 13-cv-60721 (S.D. Fla.) ("*Fladell*"). ECF No. 181. The court in *Fladell* entered an Order Granting Final Approval of the settlement on October 29, 2014, and entered Final Judgment on the same day. *Fladell* ECF Nos. 259 and 260. Multiple notices of appeal were filed regarding the Final Judgment and/or Order Granting Final Approval, *Fladell* ECF Nos. 262, 263, 265, 267, 272, 277, all of which have been voluntarily dismissed. *Fladell* ECF Nos. 291, 308, 358, 365, 375, 380.

Accordingly, pursuant to the Court's June 25, 2015 Order, ECF No. 210, the parties hereby jointly request that the Court dismiss this action with prejudice, with all parties to bear their own costs.

**Filer's Attestation**: Pursuant to L.R. 5-1(i)(3), Peter S. Hecker hereby attests that concurrence by all signatories in the filing of this document has been obtained.

Dated: September 24, 2015

SEVERSON & WERSON
A Professional Corporation

By: /s/ Michael J. Steiner
MICHAEL J. STEINER (State Bar No. 112079)
mjs@severson.com
MARK D. LONERGAN (Bar No. 143622)
mdl@severson.com
JONAH S. VAN ZANDT (State Bar No. 224348)
jvz@severson.com
One Embarcadero Center
Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
WELLS FARGO BANK, N.A. and
WELLS FARGO INSURANCE, INC.

| | | |
|---|---|---|
| 1 | Dated: September 24, 2015 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP and CARLTON FIELDS JORDEN BURT, P.A. |

By: /s/ Peter S. Hecker
PETER S. HECKER (Bar No. 66159)
phecker@sheppardmullin.com
DAVID E. SNYDER (Bar No. 262001)
dsnyder@sheppardmullin.com
Four Embarcadero Center
Seventeenth Floor
San Francisco, CA 94111-4109
Telephone: (415) 774-3155
Facsimile: (415) 403-6224

Attorneys for Defendant
AMERICAN SECURITY INSURANCE COMPANY

Dated: September 24, 2015

LAW OFFICE OF SHERI L. KELLY
HIMMELSTEIN LAW NETWORK
OWINGS LAW FIRM
WALKER LAW PLLC
WAGONER LAW FIRM, P.A.

By: /s/ Sheri L. Kelly
SHERI L. KELLY (State Bar No. 226993)
slk@sherikellylaw.com
31 E. Julian St.
San Jose, CA 95112
Telephone: (408) 287-7712
Facsimile: (408) 583-4249

Attorney for Plaintiffs
STANLEY D. CANNON, PATRICIA R. CANNON and and CHERYL BULLOCK

**IT IS SO ORDERED.**

Dated: Sept. 28, 2015

_____
The Honorable Edward M. Chen
United States District Judge